LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER Z. ZILAFF, CSB NO. 272658
NICOLE M. CAHILL, CSB NO. 287165
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendant, AMADOR COUNTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER JOEL NUNEZ; DONNA HOLLOMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMADOR COUNTY, a municipal corporation, and DOES 1-50, inclusively, and individually,<br><br>Defendants. | Case No. 2:15-cv-01249 JAM CKD<br><br>Action Filed: 06/10/15<br><br>**STIPULATION OF DISMISSAL**<br><br>[PROPOSED ORDER] |

COME NOW Plaintiffs and Defendant and, by and through their counsel, stipulate:

1. For purposes of Defendant's anticipated motion for summary judgment, Plaintiffs do not pursue any damages based on allegations of excessive force.

2. Each party to bear his, her or its own costs and attorneys' fees, including entitlement to fees or costs pursuant to 42 U.S.C. section 1988, relating to excessive force claims.

It is so stipulated.

Dated: May 4, 2017                    LAW OFFICES OF JOHN L. BURRIS

                                      By: /S/: Ben Nisenbaum
                                          Ben Nisenbaum
                                          Attorneys for Plaintiffs

---

Stipulation of Dismissal                                                   Page 1

Dated: May 4, 2017

LONGYEAR, O'DEA & LAVRA, LLP

By: /S/: Peter C. Zilaff
VAN LONGYEAR
PETER C. ZILAFF
NICOLE M. CAHILL
Attorneys for Defendant
County of Amador

IT IS SO ORDERED:

Based upon the foregoing stipulation of the parties and good cause appearing, it is hereby ordered that pursuant to FRCP 41(a), the first claim is hereby dismissed with prejudice from *The Estate of Christopher Joel Nunez et al. v. Amador County* 2:15-cv-01249-JAM-CKD. Each party to bear his, her or its own costs and attorneys' fees.

Dated: May 16, 2017

JOHN A. MENDEZ
Judge of the U.S. District Court