| | |
|---|---|
| 1<br>2<br>3<br>4 | LONGYEAR, O'DEA & LAVRA, LLP<br>VAN LONGYEAR, CSB NO. 84189<br>PETER Z. ZILAFF, CSB NO. 272658<br>NICOLE M. CAHILL, CSB NO. 287165<br>3620 American River Drive, Suite 230<br>Sacramento, California 95864-5923<br>Tel: 916-974-8500 Fax: 916 974-8510 |
| 5 | Attorneys for Defendant, AMADOR COUNTY |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE ESTATE OF CHRISTOPHER JOEL NUNEZ; DONNA HOLLOMAN, an individual, | | Case No. 2:15-cv-01249 JAM CKD |
| | | Action Filed: 06/10/15 |
| Plaintiffs, | | |
| v. | | [~~PROPOSED~~] ORDER ON AMADOR COUNTY'S MOTION FOR SUMMARY JUDGMENT |
| AMADOR COUNTY, a municipal corporation, and DOES 1-50, inclusively, and individually, | | |
| Defendants. | | [Filing fee exemption for Government Entity pursuant to Government Code §6103] |

The Motion for Summary Judgment by Defendant AMADOR COUNTY, filed May 8, 2017, and having come for hearing June 6, 2017; the Court, having reviewed the motion, supporting documents, opposition by Plaintiffs, reply brief by Defendant, and oral arguments and for all the reasons stated during the hearing on June 6, 2017 and in the Court's minute order of June 6, 2017:

IT IS HEREBY ORDERED that:

Defendant County of Amador's motion for summary judgment is GRANTED as to Plaintiff's June 10, 2015 Complaint, Claims 1 – 5. The Clerk of the Court may enter judgment in favor of Defendant County of Amador and close the case.

[PROPOSED] ORDER ON AMADOR COUNTY'S MOTION FOR SUMMARY JUDGMENT
Page 1

Dated: 6-12, 2017

*signature*
The Honorable John A. Mendez
United States District Court Judge

APPROVED AS TO FORM:

Law Offices of John L. Burris

Dated: June 12, 2017

/s/ Ben Nisenbaum
John L. Burris
Ben Nisenbaum
James Cook
Attorneys for Plaintiffs